

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2025

No. 04-25-00443-CR

**IN RE** Javier Hipolito **ALVAREZ**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                   Lori Massey Brissette, Justice
                   Velia J. Meza, Justice

Relator filed his petition for writ of mandamus on July 9, 2025, challenging the jurisdiction of the lower court. Relator has not provided any evidence to support his claims and is not entitled to relief. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on July 23, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024-12-16744-CR, styled *State of Texas v. Javier Hipolito Alvarez*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Camile Glasscock Dubose presiding.